

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00492-CV

Eric **HOYELA**, Jesus Oyela, Cynthia Arredondo, Emede Barrera, Jose Leon Garcia, Jr., Edelmira Gomez, Jorge Solis, Jorge Alberto Barrera, Jose Saenz, Alvaro Pena, Erika Madariaga, Gina Madariaga, Ester Madariaga, Maria Lamar Trevino, and Monica Aguirre,
Appellants

v.

**STARR COUNTY, TEXAS**,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-16-514
Honorable Everardo Garcia, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the order of the trial court is REVERSED, and the cause is REMANDED to the trial court for further proceedings. It is ORDERED that appellants recover their costs of this appeal from appellee.

SIGNED July 24, 2019.

_____
Luz Elena D. Chapa, Justice